ADELE AMANDOLESE, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued October 15, 1930; decided November 18, 1930.)

*Samuel A. Pleasants* and *Oscar B. Wiren* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Vine H. Smith, George E. Draper* and *J. Joseph Lilly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.